IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAURN THOMAS, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | No. 17-4196 |
|     *Defendants*. | : | |

## ORDER

**AND NOW**, this 2nd day of February, 2018, upon consideration of Defendant James Gist's Motion to Dismiss (Doc. No. 10); Defendants Martin Devlin, Paul Worrell, and City of Philadelphia's Motion to Dismiss (Doc. No. 13); and the Responses and Replies thereto (Doc. Nos. 20, 21, 22, 23), **it is HEREBY ORDERED** as follows:

1. Defendant James Gist's Motion to Dismiss (Doc. No. 10) is **GRANTED in part and DENIED in part**.

2. The Motion to Dismiss of Defendants Martin Devlin, Paul Worrell, and City of Philadelphia (Doc. No. 13) is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE