# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAURN THOMAS, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | No. 17-4196 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 17th day of January, 2019, upon consideration of the defendants' Motion to Enforce Subpoena (Doc. No. 51), Ms. Bluestine's Response (Doc. No. 53), and the defendants' Reply (Doc. No. 55), and following a telephone conference with the parties held on January 15, 2019 and the Court's *in camera* review of the documents at issue, **it is ORDERED** that the defendants' Motion (Doc. No. 51) is **GRANTED IN PART and DENIED IN PART** as follows:

1. Ms. Bluestine shall produce the four documents she withheld from her production, Bates labelled Bluestine 060–066; and

2. Ms. Bluestine need not produce un-redacted versions of the documents she already produced.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE