IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAURN THOMAS,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | **No. 17-4196** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 23rd day of August, 2019, upon consideration of the defendants' Motion for Summary Judgment (Doc. No. 75), the parties' responses and replies (Doc. Nos. 80, 89, 90, 96, and 97), and the defendants' Motion for Leave to File a Surreply (Doc. No. 98), and following an oral argument on June 14, 2019, **it is ORDERED** that:

1. The defendants' Motion for Leave to File a Surreply (Doc. No. 98) is **GRANTED**;

2. The Clerk of Court shall docket Exhibit A to the defendants' Motion for Leave to File a Surreply (Doc. No. 98-1) as the defendants' Surreply Brief in Support of their Motion for Summary Judgment; and

3. The defendants' Motion for Summary Judgment (Doc. No. 75) is **DENIED** as set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE