## STATEMENT OF DENISE MITCHELL

I, Denise Mitchell, state the following:

1. I have personal knowledge of the facts recited below.

2. I testified at the trial of Willie Veasy for the murder of John Lewis.

3. I have never been pressured or forced by anyone working for the Philadelphia Police Department to say anything false or misleading about the murder.

4. I testified truthfully at the jury trial for the murder.


I state under the penalty of perjury that the foregoing is true and correct. Executed on:


Date: 12-21-18

_Denise Mitchell_
Denise Mitchell