# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAURN THOMAS, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA *et al.*, | : | No. 17-4196 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 26th day of August, 2020, it having been reported that the issues among the parties in the above action have been settled, and upon receiving confirmation that the parties have completed payment pursuant to the Settlement Agreement in this matter, it is **ORDERED** that the Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*s/Gene E.K. Pratter*

**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE